JACOB BARTSCHERER and GEORGE D. SANDER, as Executors, etc., of REGINA H. EPPIG, Deceased, Respondents, v. WILLIAM PHILLIPS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

ALPHONSO CINO, Respondent, v. GEROSA HAULAGE AND WAREHOUSE CORPORATION, Appellant.— Judgment reversed upon the law and the facts, and new trial granted, costs to abide the event. We are of opinion that the verdict of the jury on the question as to whether or not the accident was a competent producing cause for plaintiff's eye condition was against the weight of the evidence. Rich, Kapper and Scudder, JJ., concur; Lazansky, P. J., and Carswell, J., dissent and vote to affirm.